UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI SUE GINSBURG, | |
| Plaintiffs, | |
| v. | Case No: 1:16-cv-02648 |
| NCA RECOVERY GROUP, LLC, | |
| Defendant. | |

## DEFAULT JUDGMENT

The defendant, NCA RECOVERY GROUP, LLC, having failed to appear, plead or otherwise defend in this action, and default having been entered on May 6, 2016, and counsel for plaintiff, LORI SUE GINSBURG, having requested judgment against the defaulted defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff, LORI SUE GINSBURG, and against defendant, NCA RECOVERY GROUP, LLC, as follows:

    a.    Plaintiff is awarded statutory damages of $1,000.00 as provided under 15 U.S.C. §1692k(a)(2)(A);

    b.    Plaintiff is awarded statutory damages of $1,500.00 as provided under 47 U.S.C. §227(b)(3)(c);

    c.    Plaintiff is awarded costs and reasonable attorney fees of $ 3,585.00, as provided under 15 U.S.C. §1692k(a)(3); and

      d.      Plaintiff is awarded $3,000.00 in punitive damages pursuant to 815 ILCS 505/10a

IT IS THEREFORE ORDERED by this Court the entry of judgment in the amount of $9,085.00 in favor of Plaintiff, LORI SUE GINSBURG and against NCA RECOVERY GROUP, LLC with an interest rate of 9% per annum from the entry date of this judgment until satisfaction.

Dated: JUN 2 9 2016

_____
U.S. District Court Judge